UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
LING CHEN, PATRICK WONG;                                       :
CHEN QUIANG; BAO ZHEN LIANG,
                                                                            :
        Plaintiff,                              Civ. No.  10-CV-2842
                                                                            :    (ILG) (RML)
   v.
                                                                            :
NEXT LEVEL TRADING CAPITAL LLC;
NEXT LEVEL TRADING CAPITAL II LLC;              :    **NOTICE OF**
NEXT LEVEL TRADING CAPITAL III LLC;                  **APPEARANCE**
HING KI TSANG, ALSO KNOWN AS DAVID             :
TSANG; KAY TSANG;
LIAN YIN, ALSO KNOWN AS STEVEN YIN;            :
KIT YING YEAP, ALSO KNOWN AS KELLY
YEAP; NAM HIN YEAP;                                              :
STEPHEN W. YUE;
SIU YING LAU, ALSO KNOWN AS SIU JING LAU;  :
JP MORGAN CHASE BANK, N.A.;
DIME COMMUNITY BANCSHARES, INC.,              :
DOIING BUSINESS AS DIME SAVINGS
BANK OF WILLIAMSBURGH;                                    :
COMMERCE BANCORP INC.
TD BANK, N.A.;                                                           :
JOHN YUEN;
AND DOES 1 THROUGH FIVE INCLUSIVE,        :

        Defendants.                          :
------------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Andrea Likwornik Weiss, a partner at the firm of Levi Lubarsky & Feigenbaum LLP, as counsel for defendant JPMORGAN CHASE BANK, N.A.

2

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
       July 8, 2010

          .      LEVI LUBARSKY & FEIGENBAUM LLP

                By: s/_____
                   ANDREA LIKWORNIK WEISS
                   1185 Avenue of the Americas, 17th Fl.
                   New York, NY  10036
                   (212) 308-6100
                   aweiss@llf-law.com

TO:  All Counsel (via ECF)