UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
LING CHEN, PATRICK WONG;                              :
CHEN QIANG; BAO ZHEN LIANG,
                                                      :
           Plaintiffs,                                    Civ. No. 10-CV-2842
                                                      :   (ILG) (RML)
      -against-
                                                      :
NEXT LEVEL TRADING CAPITAL LLC;
NEXT LEVEL TRADING CAPITAL II LLC;                    :   **NOTICE OF**
NEXT LEVEL TRADING CAPITAL III LLC;                       **MOTION**
HING KI TSANG, ALSO KNOWN AS DAVID                    :
TSANG; KAY TSANG;
LIAN YIN, ALSO KNOWN AS STEVEN YIN;                   :
KIT YING YEAP, ALSO KNOWN AS KELLY
YEAP; NAM HIN YEAP;                                   :
STEPHEN W. YUE;
SIU YING LAU; SIU JING LAU;                           :
JP MORGAN CHASE BANK, N.A.;
DIME COMMUNITY BANCSHARES, INC.,                      :
DOING BUSINESS AS DIME SAVINGS
BANK OF WILLIAMSBURGH;                                :
COMMERCE BANCORP INC.
TD BANK, N.A.;                                        :
JOHN YUEN;
AND DOES 1 THROUGH FIVE INCLUSIVE,                    :

           Defendants.                                :
------------------------------------------------------------------------x

    PLEASE TAKE NOTICE that, upon the Memorandum of Law, dated September 13, 2010, in support of defendant JP Morgan Chase Bank, N.A.'s ("Chase") motion to dismiss the amended complaint, and the exhibit attached thereto, Chase, by its undersigned attorneys, will move this Court before the Honorable Judge Glasser, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, Room 8B South, at a time the Court shall designate or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 12(b)(6)

of the Federal Rules of Civil Procedure dismissing plaintiffs' amended complaint against Chase and granting such other and further relief as this Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), defendant's affidavits in opposition to the motion and answering memorandum shall be served within fourteen days after service of the motion papers; and plaintiffs' reply affidavits and memoranda shall be served within seven days after service of answering papers.

Dated:  New York, New York
     September 13, 2010

          LEVI LUBARSKY & FEIGENBAUM LLP


          By:  s/ *Andrea Likwornik Weiss*
            Andrea Likwornik Weiss
          1185 Avenue of the Americas, 17th Floor
          New York, N.Y.  10036
          Tel: (212) 308-6100
          Fax: (212) 308-8830
          aweiss@llf-law.com

          *Counsel for JP Morgan Chase Bank, N.A.*


TO: Ying Liu, Esq.
   Liu & Shields LLP
   41-60 Main Street
   Suite 208A
   Flushing, N.Y. 11355
   (718) 463-2883
   Fax: 718-463-2883
   whinnyliu@gmail.com
   *Counsel for Plaintiffs*

Kevin K. Tung, Esq.
Kevin Kerveng Tung P.C.
33-70 Prince Street, Suite Ca-30
Flushing, N.Y. 11354
(718) 939-4633
Fax: 718-939-4468
kevinkervengtungpc@gmail.com
*Counsel for Defendants Kit Ying Yeap, also known as Kelly Yeap, Nam Hin Yeap, Stephen W. Yue, Siu Ying Lau, also known as Siu Jing Lau and John Yuen*

William R. Mait, Esq.
Mait, Wang & Simmons
217 Broadway, Suite 507
New York, N.Y. 10007
(212) 791-8400
Fax: 212-571-0070
maitwang@aol.com
*Counsel for Defendant Dime Community Bancshares, Inc., doing business as Dime Savings Bank of Williamsburgh*

Dionne Andrea Fraser, Esq.
Phillips Lytle
437 Madison Ave
34th Floor
New York, N.Y. 10022
212-508-0432
Fax: 212-308-9079
dfraser@phillipslytle.com
*Counsel for Defendant TD Bank, N.A.*