UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
LING CHEN, et al.,

               Plaintiffs,

  -against-

NEXT LEVEL TRADING CAPITAL LLC,
et al.,

               Defendants.
------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 2 2 2010 ★

BROOKLYN OFFICE

ORDER
10 CV 2842 (ILG)

GLASSER, United States District Judge:

    Before the Court are defendants' unopposed motions to dismiss for failure to prosecute pursuant to Fed. R. Civ. P. 12(b) and 12(b)(6). Due to plaintiffs' failure to respond to defendants, or to contact the Court with regard to these motions, it is hereby

    ORDERED that the amended complaint is dismissed without prejudice. See Link v. Wabash Railroad Co., 370 U.S. 626 (1962); Lyell Theatre Corp. v. Lowes Corp., 682 F.2D 37 (2d Cir. 1982).

Dated:    Brooklyn, New York
            November 18, 2010

                                                S/ILG
                                             I. Leo Glasser